144 A.3d 926

**Matthew RANCOSKY, Administrator DBN of the Estate of Leann Rancosky and Matthew Rancosky, Executor of the Estate of Martin L. Rancosky, Respondent,**

v.

**WASHINGTON NATIONAL INSURANCE COMPANY, as Successor by Merger to Conseco Health Insurance Company, formerly known as Capital American Life Insurance Company, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of August, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the is-

sue[s] set forth below. Allocatur is **DENIED** as to all remaining issues. The issue[s], as stated by petitioner, is:

Whether this Court should ratify the requirements of *Terletsky v. Prudential Property & Casualty Insurance Co.,* 437 Pa.Super. 108, 649 A.2d 680 (1994), *appeal denied,* 540 Pa. 641, 659 A.2d 560 (1995), for establishing insurer bad faith under 42 Pa.C.S. § 8371, and assuming the answer to be in the affirmative, whether the Superior Court erred in holding that *Terletsky* factor of a "motive of self-interest or ill-will" is merely a discretionary consideration rather than a mandatory prerequisite to proving bad faith?